

**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

## Court of Common Pleas

**New Case Electronically Filed: COMPLAINT**
**September 21, 2022 23:45**

By: ZIAD TAYEH 0088027

Confirmation Nbr. 2658557

AUTUMN FIXEL

vs.

LSMJ1, LLC, ET AL.

CV 22 968980

**Judge:** CASSANDRA COLLIER-WILLIAMS

**Pages Filed:** 10

# IN THE COURT OF COMMON PLEAS
## CUYAHOGA COUNTY, OHIO

**AUTUMN FIXEL**
1625 Wexford Avenue
Parma, OH 44130

      Plaintiff

    v.

**LSMJ1, LLC dba LUCA WEST
RESTAURANT**
c/o Manjola Sema
24600 Detroit Road
Westlake, OH 44145

and

**MANJOLA SEMA**
24600 Detroit Road
Westlake, OH 44145

and

**LUCA SEMA**
24600 Detroit Road
Westlake, OH 44145

and

**MANUEL VASQUEZ**
1500 Cedarwood Dr Apt B
Westlake, OH 44145

Also serve at:

24600 Detroit Road
Westlake, OH 44145

and

**SHPETIM SEMA**
24600 Detroit Road
Westlake, OH 44145

      Defendants.

CASE NO.:

JUDGE:

**COMPLAINT**

(Jury Demand Endorsed Hereon)

Now comes Plaintiff Autumn Fixel, by and through undersigned counsel, and for her Complaint, states and alleges the following:

## THE PARTIES

1. Plaintiff Autumn Fixel ("Plaintiff") is an individual residing at 1625 Wexford Avenue, Parma, OH 44130.

2. Defendant LSMJ1, LLC dba Luca West Restaurant ("Defendant Luca") is a corporation or similar entity operating the Luca West Restaurant with its place of business located at 24600 Detroit Road, Westlake, OH 44145.

3. Defendant Manjola Sema ("Defendant Manjola") is a general manager of Defendant Luca, who conducts business at 24600 Detroit Road, Westlake, OH 44145.

4. Defendant Luca Sema ("Defendant Sema") is a principal and executive chef of Defendant Luca West, who conducts business at 24600 Detroit Road, Westlake, OH 44145.

5. Defendant Shpetim Sema ("Defendant Shpetim") is the head chef and manager of Defendant Luca, who conducts business at 24600 Detroit Road, Westlake, OH 44145.

6. Defendant Manuel Vasquez ("Defendant Vasquez") was at all relevant times herein a manager of Defendant Luca, residing at 1500 Cedarwood Drive, Apartment B, Westlake, OH 44145.

7. Defendants Luca, Manjola, Sema, Shpetim, and Defendant Vasquez shall be referred to collectively as the "Defendants."

## VENUE AND JURISDICTION

8. Plaintiff brings this action pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, *et seq.*, R.C. §4112 *et seq.* and well-established case law.

9. Venue is proper in the Cuyahoga County Court of Common Pleas, as the events giving rise to this claim arose in Cuyahoga County.

10. This Court has subject matter and personal jurisdiction over the Defendants.

11. Plaintiff has obtained a Notice of Right to Sue from the Equal Employment Opportunity Commission and is timely commencing suit pursuant to said Notice.

## FACTUAL ALLEGATIONS

12. Plaintiff was employed with Defendant Luca, performing her duties as a server from June 2021 – August 2021.

13. The Defendants at all times herein had the duty and authority to manage, supervise, and ensure the proper treatment of Defendant Luca's employees.

14. In or about June 2021, immediately after beginning her employment, Plaintiff experienced severe and pervasive sexual harassment at the hands of Defendant Vasquez while working for Defendant Luca.

15. On Plaintiff's first day of employment, Defendant Vasquez kissed Plaintiff on her forehead without her consent. Defendant Vasquez also made several inappropriate comments while introducing her to Defendant Luca's staff, such as, "If she was not married, she would be mine."

16. Throughout the duration of Plaintiff's employment, Defendant Vasquez continued making lewd comments to Plaintiff and inappropriately touched Plaintiff.

17. Defendant Vasquez pinched Plaintiff on her backside two weeks after she started her employment.

18. Plaintiff complained to Defendant Shpetim, the head chef and a relative of Defendant Manjola and Defendant Sema, who managed business operations when Defendants Manjola and Sema were not on-site.

19. Defendant Shpetim promised to address the issue with the Defendants Manjola, Sema, and Vasquez, however, none of them took action to stop the ongoing harassment.

20. Defendants failed to take any action and failed to investigate the matter further.

21. Defendants' lack of action caused Defendant Vasquez to become more persistent in his harassment of Plaintiff.

22. Defendant Vasquez would frequently grab Plaintiff by her waist, often multiple times a day, despite Plaintiff's consistent physical and verbal resistance to these unwanted advances.

23. On or about August 18, 2021, Defendant Vasquez cornered Plaintiff, wrapped his arms around her, and began to kiss Plaintiff's neck, and continued to do so despite Plaintiff's resistance.

24. Plaintiff immediately reported this incident to Defendant Shpetim, who did not take the complaint seriously, telling Plaintiff, "We will deal with this later."

25. As a result of the lack of action, Defendant Vasquez again physically assaulted Plaintiff by grabbing her arm and attempting to sexually assault her a second time the same day. Defendant Vasquez grasped Plaintiff's arm so forcefully that it caused bruising.

26. As a result of these incidents, and the Defendants' failure to address them, Plaintiff suffered severe trauma, could not return to work, and was constructively discharged.

27. Throughout her employment, Plaintiff repeatedly requested that Defendant Vasquez's harassing behavior cease.

28. Despite her repeated requests that Defendant Vasquez cease the harassment, Defendant Vasquez continued his harassing and discriminatory behavior toward Plaintiff.

29. Defendants Sema, Shpetim, and Manjola received multiple reports of the harassment but failed to take action to resolve the harassment.

30. Defendant Luca is liable for all actions of the remaining Defendants pursuant to the doctrine of respondeat superior.

31. Defendants Manjola, Sema, Shpetim, and Vasquez were at all times herein acting in both their official and individual capacities.

32. As a direct and proximate result of the Defendants' treatment of Plaintiff, Plaintiff has suffered a loss of wages, earnings and earnings capacity, lost future income, lost employment benefits, lost retirement benefits, psychological damage, emotion pain and suffering, loss of reputation, loss of standing in her community, and irreparable harm to her career.

## COUNT ONE: HOSTILE WORK ENVIRONMENT BASED ON SEXUAL HARASSMENT

33. Plaintiff reavers all Paragraphs of Plaintiff's Complaint as if fully restated herein.

34. Throughout Plaintiff's employment, Defendant Vasquez subjected Plaintiff to sexual discrimination and harassment.

35. The sexual harassment against Plaintiff was unwelcomed.

36. The unwelcomed sexual harassment against Plaintiff was based on her gender.

37. The unwelcomed sexual harassment was severe and pervasive enough to harm the terms, conditions, and privileges of Plaintiff's employment.

38. The unwelcomed sexual harassment against Plaintiff was committed by Defendant Vasquez.

39. Plaintiff endured insult and ridicule because of the sexual discrimination and harassment.

40. Defendants knew of the unwelcomed sexual harassment and failed to take immediate and appropriate corrective action.

41. Defendants' offensive and harassing conduct, by and through Defendant Vasquez, created a hostile and/or abusive work environment for Plaintiff.

42. Defendants failed to correct or stop Defendant Vasquez' behavior.

43. Plaintiff's working conditions were intolerable due to the persistent unwelcomed sexual harassment.

44. Defendants are liable for the hostile work environment created by Defendant Vasquez pursuant to the doctrine of respondeat superior.

45. As a direct and proximate result of the hostile work environment created by the Defendants, Plaintiff has suffered a loss of wages, earnings and earnings capacity, lost future income, lost employment benefits, lost retirement benefits, psychological damage, emotion pain and suffering, loss of reputation, loss of standing in her community, and irreparable harm to her career.

46. Defendants at all times acted with oppression, fraud, malice, dishonesty, and the intent to injure Plaintiff, and as a result, Plaintiff is entitled to punitive damages in such amounts as will

Electronically Filed 09/21/2022 23:45 / / CV 22 968980 / Confirmation Nbr. 2658557 / CLJSZ

sufficiently punish the Defendants for their willful and malicious conduct and serve as an example to prevent a repetition of such conduct in the future.

## COUNT TWO: RETALIATION

47. Plaintiff reavers all Paragraphs of Plaintiff's Complaint as if fully restated herein.

48. During her employment, Plaintiff complained to Defendant Shpetim about the sexual harassment directed toward her by Defendant Vasquez.

49. After complaining to Defendant Shpetim about Defendant Vasquez's sexual harassment, Plaintiff suffered adverse actions.

50. After complaining to Defendant Shpetim about Defendant Vasquez's sexual harassment, the Defendants constructively discharged Plaintiff.

51. Defendants' conduct constitutes unlawful retaliation against Plaintiff in violation of Ohio law.

52. As a result of Defendants' retaliation against Plaintiff, Plaintiff has suffered a loss of wages, earnings and earnings capacity, lost future income, lost employment benefits, lost retirement benefits, psychological damage, emotion pain and suffering, loss of standing in her community, loss of reputation, and irreparable harm to her career.

53. Each of the Defendants' conduct herein was taken in bad faith, wanton, reckless, malicious, intentional, willful, and with intent to persecute Plaintiff, and as a result, Plaintiff is entitled to punitive damages in such amount as will sufficiently punish Defendants for their willful and malicious conduct and as will serve as an example to prevent a repetition of such conduct in the future.

## COUNT THREE: WRONGFUL TERMINATION BASED ON CONSTRUCTIVE DISCHARGE

54. Plaintiff reavers all Paragraphs of Plaintiff's Complaint as if fully restated herein.

55. Plaintiff was subjected to sexual based discrimination throughout her employment.

56. Plaintiff continuously told Defendant Vasquez that the sexual harassment to which she was being subjected was unwelcome and requested that it cease.

57. Plaintiffs' reporting of said sexual harassment resulted in no action taken by the Defendants.

58. The harassment was sufficiently severe or pervasive enough to make working conditions so intolerable that a reasonable person under the same circumstances would have felt compelled to resign.

59. Defendant Vazquez subjected Plaintiff to gender-based discrimination that was so egregious that Plaintiff was forced to sever the employment relationship involuntarily due to the pervasive harassment and discrimination.

60. Defendant Luca is liable for Defendant Vasquez's actions pursuant to the doctrine of respondeat superior.

61. As a result of Defendants' wrongful termination of Plaintiff, Plaintiff has suffered a loss of wages, earnings and earnings capacity, lost future income, lost employment benefits, lost retirement benefits, psychological damage, emotion pain and suffering, loss of standing in her community, loss of reputation, and irreparable harm to her career.

62. Each of the Defendants' conduct herein was taken in bad faith, wanton, reckless, malicious, intentional, willful, and with intent to persecute Plaintiff, and as a result, Plaintiff is entitled to punitive damages in such amount as will sufficiently punish Defendants for their willful and malicious conduct and as will serve as an example to prevent a repetition of such conduct in the future.

**COUNT FOUR: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

63. Plaintiff reavers all Paragraphs of Plaintiff's Complaint as if fully restated herein.

64. By continuously subjecting Plaintiff to severe and pervasive sexual harassment, Defendant Vasquez intentionally and recklessly caused Plaintiff severe emotional distress through extreme and outrageous conduct.

65. Defendant Luca is liable for Defendant Vazquez's actions pursuant to the doctrine of respondeat superior.

Electronically Filed 09/21/2022 23:45 / / CV 22 968980 / Confirmation Nbr. 2658557 / CLJSZ

66. As a result of Defendant Vazquez's conduct, Plaintiff has suffered a loss of wages, earnings and earnings capacity, lost future income, lost employment benefits, lost retirement benefits, psychological damage, emotion pain and suffering, loss of reputation, loss of standing in her community, and irreparable harm to her career.

67. Defendant Vazquez's conduct herein was taken in bad faith, wanton, reckless, malicious, intentional, willful, and with intent to persecute Plaintiff, and as a result, Plaintiff is entitled to punitive damages in such amount as will sufficiently punish Defendant Vazquez and Defendant Luca for their willful and malicious conduct and as will serve as an example to prevent a repetition of such conduct in the future.

## COUNT FIVE: NEGLIGENT SUPERVISION AND RETENTION

68. Plaintiff reavers all Paragraphs of Plaintiff's Complaint as if fully restated herein.

69. The Defendants are responsible for ensuring that Luca West is run properly in accordance with the law and to ensure no sexual harassment and retaliation occurs.

70. Defendants failed to incorporate and/or enforce policies and procedures to prevent the type of sexual harassment perpetrated by Defendant Vasquez or to protect Plaintiff from the adverse consequences of this sexual harassment.

71. Defendants Spetim, Manjola, and Sema knew of Defendant Vasquez's conduct and its adverse consequences to Plaintiff.

72. Despite said knowledge, Defendants Luca, Shpetim, Manjola, and Sema failed to take corrective action and permitted Defendant Vasquez to continue the harassing and discriminatory activity and retain his position with Defendant Luca.

73. The Luca Defendants further failed to do anything to stop the adverse employment action and the termination of Plaintiff, despite Plaintiff's several complaints.

74. The Luca Defendants' negligent retention and supervision caused injury to Plaintiff in the form of adverse employment action and constructive discharge.

Electronically Filed 09/21/2022 23:45 / / CV 22 968980 / Confirmation Nbr. 2658557 / CLJSZ

75. As a result of Defendants Luca, Shpetim, Manjola, and Sema's negligent supervision, Plaintiff suffered a loss of wages, earnings and earnings capacity, lost future income, lost employment benefits, lost retirement benefits, psychological damage, emotion pain and suffering, loss of reputation, loss of standing in her community, and irreparable harm to her career.

76. Each of the Defendants' conduct herein was taken in bad faith and recklessly, and as a result, Plaintiff is entitled to punitive damages in such an amount as will sufficiently punish Defendants for their conduct and as will serve as an example to prevent a repetition of such conduct in the future.

**WHEREFORE**, Plaintiff prays for the following against Defendants, jointly and severally:

1. Compensatory damages in excess of $25,000;
2. Punitive damages in the maximum amount permitted under Ohio law;
3. Plaintiff's attorney fees and costs of this action;
4. Statutory damages and relief as provided by 42 U.S.C. § 2000e, *et seq.* and R.C. §4112.02 *et seq.*;
5. Pre and post-judgment interest; and
6. Any other relief this Court deems appropriate.

Respectfully Submitted,

*/s/Ziad Tayeh*
Ziad Tayeh (0088027)
Tayeh Law Offices, LLC
22255 Center Ridge Road, Suite 311
Rocky River, OH 44116
Phone: (440) 580-0365
Fax: (440) 359-8755
Email: info@Tayehlaw.com
Attorney for Plaintiff

**JURY DEMAND**

Plaintiff hereby demands a trial by jury with the maximum number of jurors permitted under Ohio law.

Respectfully Submitted,

*/s/Ziad Tayeh*
Ziad Tayeh (0088027)
Tayeh Law Offices, LLC
22255 Center Ridge Road, Suite 311
Rocky River, OH 44116
Phone: (440) 580-0365
Fax: (440) 359-8755
Email: info@Tayehlaw.com
Attorney for Plaintiff

10

# THE COURT OF COMMON PLEAS, CIVIL DIVISION
# CUYAHOGA COUNTY, OHIO

Clerk of Courts | The Justice Center | 1200 Ontario Street 1st Floor, Cleveland, Ohio 44113

<u>AUTUMN FIXEL</u>
**Plaintiff**

**V.**

<u>LSMJ1, LLC, ET AL.</u>
**Defendant**

**CASE NO.** CV22968980

**JUDGE** CASSANDRA COLLIER-WILLIAM

# SUMMONS SUMC CM

**Notice ID:** 48652264



| From: | AUTUMN FIXEL<br>1625 WEXFORD AVENUE<br>PARMA OH 44130 | P1 |
|---|---|---|

| Atty.: | ZIAD TAYEH<br>22255 CENTER RIDGE ROAD, SUITE 311<br>ROCKY RIVER, OH 44116-0000 | |
|---|---|---|

| To: | LSMJ1, LLC<br>DBA LUCA WEST RESTAURANT<br>C/O MANJOLA SEMA<br>24600 DETROIT ROAD<br>WESTLAKE OH 44145 | D1 |
|---|---|---|

## NOTICE TO THE DEFENDANT:

The Plaintiff has filed a lawsuit against you in this Court. You are named as a defendant. A copy of the **Complaint** is attached.

If you wish to respond to the Complaint, you must deliver a written **Answer** to the Plaintiff's attorney (or the Plaintiff if not represented by an attorney) at the above address *within 28 days* after receiving this Summons (not counting the day you received it). A letter or a phone call will not protect you. Civil Rule 5 explains the ways that you may deliver the **Answer** (http://www.supremecourt.ohio.gov/LegalResources/Rules/civil/CivilProcedure.pdf)

You must also file a copy of your **Answer** with this Court within 3 days *after* you serve it on the Plaintiff. You can file your **Answer** with the Clerk of Courts by one of the following methods: 1) In-person or by mail at the above address or 2) electronically through the online e-Filing system. For more information on using the e-Filing system, visit http://coc.cuyahogacounty.us/en-US/efiling.aspx.

If you fail to serve *and* file your **Answer**, you will lose valuable rights. The Court will decide the case in favor of the Plaintiff and grant the relief requested in the **Complaint** by entering a default judgment against you.

You may wish to hire an attorney to represent you. Because this is a civil lawsuit, the Court cannot appoint an attorney for you. If you need help finding a lawyer, contact a local bar association and request assistance.



**Nailah K. Byrd**
**Clerk of Court of Common Pleas**
**216-443-7950**

**Date Sent:** <u>09/22/2022</u>

By_____
**Deputy**

CMSN130



**UNITED STATES**
**POSTAL SERVICE**℠

Date Produced: 10/03/2022

CERTIFIED MAIL SOLUTIONS INC.:

The following is the delivery information for Certified Mail™/RRE item number 9314 8001 1300 3547 1028 02. Our records indicate that this item was delivered on 09/26/2022 at 01:34 p.m. in WESTLAKE, OH 44145. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :     **24600 DETROIT RD**
                           **WESTLAKE, OH 44145**

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

# THE COURT OF COMMON PLEAS, CIVIL DIVISION
# CUYAHOGA COUNTY, OHIO
Clerk of Courts | The Justice Center | 1200 Ontario Street 1st Floor, Cleveland, Ohio 44113

<u>AUTUMN FIXEL</u>
**Plaintiff**

**V.**

<u>LSMJ1, LLC, ET AL.</u>
**Defendant**

**CASE NO.** CV22968980

**JUDGE** CASSANDRA COLLIER-WILLIAM

# SUMMONS   SUMC CM
**Notice ID:** 48652265



| From: | AUTUMN FIXEL | P1 |
| | 1625 WEXFORD AVENUE | |
| | PARMA OH 44130 | |

| Atty.: | ZIAD TAYEH |
| | 22255 CENTER RIDGE ROAD, SUITE 311 |
| | ROCKY RIVER, OH 44116-0000 |

| To: | MANJOLA SEMA | D2 |
| | 24600 DETROIT ROAD | |
| | WESTLAKE OH 44145 | |

### NOTICE TO THE DEFENDANT:

The Plaintiff has filed a lawsuit against you in this Court. You are named as a defendant. A copy of the **Complaint** is attached.

If you wish to respond to the Complaint, you must deliver a written **Answer** to the Plaintiff's attorney (or the Plaintiff if not represented by an attorney) at the above address *within 28 days* after receiving this Summons (not counting the day you received it). A letter or a phone call will not protect you. Civil Rule 5 explains the ways that you may deliver the **Answer** (http://www.supremecourt.ohio.gov/LegalResources/Rules/civil/CivilProcedure.pdf)

You must also file a copy of your **Answer** with this Court within 3 days *after* you serve it on the Plaintiff. You can file your **Answer** with the Clerk of Courts by one of the following methods: 1) In-person or by mail at the above address or 2) electronically through the online e-Filing system. For more information on using the e-Filing system, visit http://coc.cuyahogacounty.us/en-US/efiling.aspx.

If you fail to serve *and* file your **Answer**, you will lose valuable rights. The Court will decide the case in favor of the Plaintiff and grant the relief requested in the **Complaint** by entering a default judgment against you.

You may wish to hire an attorney to represent you. Because this is a civil lawsuit, the Court cannot appoint an attorney for you. If you need help finding a lawyer, contact a local bar association and request assistance.



**Nailah K. Byrd**
**Clerk of Court of Common Pleas**
**216-443-7950**

Date Sent: <u>09/22/2022</u>

By_____
**Deputy**

CMSN130


**UNITED STATES POSTAL SERVICE**

Date Produced: 10/03/2022

CERTIFIED MAIL SOLUTIONS INC.:

The following is the delivery information for Certified Mail™/RRE item number 9314 8001 1300 3547 1028 19. Our records indicate that this item was delivered on 09/26/2022 at 01:34 p.m. in WESTLAKE, OH 44145. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :   **24600 DETROIT RD**
**WESTLAKE, OH 44145**

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

# THE COURT OF COMMON PLEAS, CIVIL DIVISION
# CUYAHOGA COUNTY, OHIO
Clerk of Courts | The Justice Center | 1200 Ontario Street 1st Floor, Cleveland, Ohio 44113

<u>AUTUMN FIXEL</u>
**Plaintiff**

**V.**

<u>LSMJ1, LLC, ET AL.</u>
**Defendant**

**CASE NO.** CV22968980

**JUDGE** CASSANDRA COLLIER-WILLIAM

# SUMMONS SUMC CM
**Notice ID:** 48652266



| From: | AUTUMN FIXEL | P1 |
| | 1625 WEXFORD AVENUE | |
| | PARMA OH 44130 | |

| Atty.: | ZIAD TAYEH |
| | 22255 CENTER RIDGE ROAD, SUITE 311 |
| | ROCKY RIVER, OH 44116-0000 |

| To: | LUCA SEMA | D3 |
| | 24600 DETROIT ROAD | |
| | WESTLAKE OH 44145 | |

**NOTICE TO THE DEFENDANT:**

The Plaintiff has filed a lawsuit against you in this Court. You are named as a defendant. A copy of the **Complaint** is attached.

If you wish to respond to the Complaint, you must deliver a written **Answer** to the Plaintiff's attorney (or the Plaintiff if not represented by an attorney) at the above address *within 28 days* after receiving this Summons (not counting the day you received it). A letter or a phone call will not protect you. Civil Rule 5 explains the ways that you may deliver the **Answer** (http://www.supremecourt.ohio.gov/LegalResources/Rules/civil/CivilProcedure.pdf)

You must also file a copy of your **Answer** with this Court within 3 days *after* you serve it on the Plaintiff. You can file your **Answer** with the Clerk of Courts by one of the following methods: 1) In-person or by mail at the above address or 2) electronically through the online e-Filing system. For more information on using the e-Filing system, visit http://coc.cuyahogacounty.us/en-US/efiling.aspx.

If you fail to serve *and* file your **Answer**, you will lose valuable rights. The Court will decide the case in favor of the Plaintiff and grant the relief requested in the **Complaint** by entering a default judgment against you.

You may wish to hire an attorney to represent you. Because this is a civil lawsuit, the Court cannot appoint an attorney for you. If you need help finding a lawyer, contact a local bar association and request assistance.



**Nailah K. Byrd**
**Clerk of Court of Common Pleas**
**216-443-7950**

Date Sent: <u>09/22/2022</u>

By_____
**Deputy**

CMSN130



**UNITED STATES**
**POSTAL SERVICE**™

Date Produced: 10/03/2022

CERTIFIED MAIL SOLUTIONS INC.:

The following is the delivery information for Certified Mail™/RRE item number 9314 8001 1300 3547 1028 26. Our records indicate that this item was delivered on 09/26/2022 at 01:34 p.m. in WESTLAKE, OH 44145. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :       **24600 DETROIT RD**
**WESTLAKE, OH 44145**

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

# THE COURT OF COMMON PLEAS, CIVIL DIVISION
## CUYAHOGA COUNTY, OHIO

Clerk of Courts | The Justice Center | 1200 Ontario Street 1st Floor, Cleveland, Ohio 44113

<u>AUTUMN FIXEL</u>
**Plaintiff**

V.

<u>LSMJ1, LLC, ET AL.</u>
**Defendant**

**CASE NO.** CV22968980

**JUDGE** CASSANDRA COLLIER-WILLIAM

# SUMMONS SUMC CM

**Notice ID:** 48652267



| From: | AUTUMN FIXEL | P1 |
| | 1625 WEXFORD AVENUE | |
| | PARMA OH 44130 | |

| Atty.: | ZIAD TAYEH |
| | 22255 CENTER RIDGE ROAD, SUITE 311 |
| | ROCKY RIVER, OH 44116-0000 |

| To: | MANUEL VASQUEZ | D4 |
| | 1500 CEDARWOOD DR | |
| | APT B | |
| | WESTLAKE OH 44145 | |

**NOTICE TO THE DEFENDANT:**

The Plaintiff has filed a lawsuit against you in this Court. You are named as a defendant. A copy of the **Complaint** is attached.

If you wish to respond to the Complaint, you must deliver a written **Answer** to the Plaintiff's attorney (or the Plaintiff if not represented by an attorney) at the above address *within 28 days* after receiving this Summons (not counting the day you received it). A letter or a phone call will not protect you. Civil Rule 5 explains the ways that you may deliver the **Answer** (http://www.supremecourt.ohio.gov/LegalResources/Rules/civil/CivilProcedure.pdf)

You must also file a copy of your **Answer** with this Court within 3 days *after* you serve it on the Plaintiff. You can file your **Answer** with the Clerk of Courts by one of the following methods: 1) In-person or by mail at the above address or 2) electronically through the online e-Filing system. For more information on using the e-Filing system, visit http://coc.cuyahogacounty.us/en-US/efiling.aspx.

If you fail to serve *and* file your **Answer**, you will lose valuable rights. The Court will decide the case in favor of the Plaintiff and grant the relief requested in the **Complaint** by entering a default judgment against you.

You may wish to hire an attorney to represent you. Because this is a civil lawsuit, the Court cannot appoint an attorney for you. If you need help finding a lawyer, contact a local bar association and request assistance.



**Nailah K. Byrd**
**Clerk of Court of Common Pleas**
**216-443-7950**

Date Sent: <u>09/22/2022</u>

By_____
**Deputy**

CMSN130

# THE COURT OF COMMON PLEAS, CIVIL DIVISION
## CUYAHOGA COUNTY, OHIO

Clerk of Courts | The Justice Center | 1200 Ontario Street 1st Floor, Cleveland, Ohio 44113

<u>AUTUMN FIXEL</u>
**Plaintiff**

**V.**

<u>LSMJ1, LLC, ET AL.</u>
**Defendant**

**CASE NO.** CV22968980

**JUDGE** CASSANDRA COLLIER-WILLIAM

# SUMMONS SUMC CM

**Notice ID:** 48652268



| From: | AUTUMN FIXEL | P1 |
|---|---|---|
| | 1625 WEXFORD AVENUE | |
| | PARMA OH 44130 | |

| Atty.: | ZIAD TAYEH |
|---|---|
| | 22255 CENTER RIDGE ROAD, SUITE 311 |
| | ROCKY RIVER, OH 44116-0000 |

| To: | MANUEL VASQUEZ | D4 |
|---|---|---|
| | 24600 DETROIT ROAD | |
| | WESTLAKE OH 44145-0000 | |

## NOTICE TO THE DEFENDANT:

The Plaintiff has filed a lawsuit against you in this Court. You are named as a defendant. A copy of the **Complaint** is attached.

If you wish to respond to the Complaint, you must deliver a written **Answer** to the Plaintiff's attorney (or the Plaintiff if not represented by an attorney) at the above address *within 28 days* after receiving this Summons (not counting the day you received it). A letter or a phone call will not protect you. Civil Rule 5 explains the ways that you may deliver the **Answer** (http://www.supremecourt.ohio.gov/LegalResources/Rules/civil/CivilProcedure.pdf)

You must also file a copy of your **Answer** with this Court within 3 days *after* you serve it on the Plaintiff. You can file your **Answer** with the Clerk of Courts by one of the following methods: 1) In-person or by mail at the above address or 2) electronically through the online e-Filing system. For more information on using the e-Filing system, visit http://coc.cuyahogacounty.us/en-US/efiling.aspx.

If you fail to serve *and* file your **Answer**, you will lose valuable rights. The Court will decide the case in favor of the Plaintiff and grant the relief requested in the **Complaint** by entering a default judgment against you.

You may wish to hire an attorney to represent you. Because this is a civil lawsuit, the Court cannot appoint an attorney for you. If you need help finding a lawyer, contact a local bar association and request assistance.



**Nailah K. Byrd**
**Clerk of Court of Common Pleas**
**216-443-7950**

Date Sent: <u>09/22/2022</u>

By_____
**Deputy**

CMSN130


**UNITED STATES**
**POSTAL SERVICE**™

Date Produced: 10/03/2022

CERTIFIED MAIL SOLUTIONS INC.:

The following is the delivery information for Certified Mail™/RRE item number 9314 8001 1300 3547 1028 57. Our records indicate that this item was delivered on 09/26/2022 at 01:34 p.m. in WESTLAKE, OH 44145. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :     **24600 DETROIT RD**
**WESTLAKE, OH 44145**

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.



CERTIFIED MAIL

RETURN RECEIPT REQUESTED ELECTRONICALLY

9314 8001 1300 3547 1028 57

NAILAH K. BYRD
1200 Ontario
Cleveland, OH 44113

Case# CV22968980

US POSTAGE
ZIP 44102 $ 007.05°
02 4W
0000367134 SEP 23 2022

MANUEL VASQUEZ
24600 DETROIT RD
WESTLAKE OH 44145-2542

NIXIE      441   FE 1040      5518/05/25

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC:      44113161099      *0832-01068-06-25

AN1

44115>161b

return
to
sender —
not employed
OCT 11 2022

# THE COURT OF COMMON PLEAS, CIVIL DIVISION
# CUYAHOGA COUNTY, OHIO
Clerk of Courts | The Justice Center | 1200 Ontario Street 1st Floor, Cleveland, Ohio 44113

<u>AUTUMN FIXEL</u>
**Plaintiff**

**V.**

<u>LSMJ1, LLC, ET AL.</u>
**Defendant**

**CASE NO.** CV22968980

**JUDGE** CASSANDRA COLLIER-WILLIAM

## SUMMONS    SUMC   CM

**Notice ID:** 48652269



| From: | AUTUMN FIXEL | P1 |
| | 1625 WEXFORD AVENUE | |
| | PARMA OH 44130 | |

| Atty.: | ZIAD TAYEH |
| | 22255 CENTER RIDGE ROAD, SUITE 311 |
| | ROCKY RIVER, OH 44116-0000 |

| To: | SHPETIM SEMA | D5 |
| | 24600 DETROIT ROAD | |
| | WESTLAKE OH 44145 | |

**NOTICE TO THE DEFENDANT:**

The Plaintiff has filed a lawsuit against you in this Court. You are named as a defendant. A copy of the **Complaint** is attached.

If you wish to respond to the Complaint, you must deliver a written **Answer** to the Plaintiff's attorney (or the Plaintiff if not represented by an attorney) at the above address *within 28 days* after receiving this Summons (not counting the day you received it). A letter or a phone call will not protect you. Civil Rule 5 explains the ways that you may deliver the **Answer** (http://www.supremecourt.ohio.gov/LegalResources/Rules/civil/CivilProcedure.pdf)

You must also file a copy of your **Answer** with this Court within 3 days *after* you serve it on the Plaintiff. You can file your **Answer** with the Clerk of Courts by one of the following methods: 1) In-person or by mail at the above address or 2) electronically through the online e-Filing system. For more information on using the e-Filing system, visit http://coc.cuyahogacounty.us/en-US/efiling.aspx.

If you fail to serve *and* file your **Answer**, you will lose valuable rights. The Court will decide the case in favor of the Plaintiff and grant the relief requested in the **Complaint** by entering a default judgment against you.

You may wish to hire an attorney to represent you. Because this is a civil lawsuit, the Court cannot appoint an attorney for you. If you need help finding a lawyer, contact a local bar association and request assistance.



**Nailah K. Byrd**
**Clerk of Court of Common Pleas**
**216-443-7950**

By_____
**Deputy**

**Date Sent:** <u>09/22/2022</u>

CMSN130



## UNITED STATES
## POSTAL SERVICE™

Date Produced: 10/03/2022

CERTIFIED MAIL SOLUTIONS INC.:

The following is the delivery information for Certified Mail™/RRE item number 9314 8001 1300 3547 1028 64. Our records indicate that this item was delivered on 09/26/2022 at 01:34 p.m. in WESTLAKE, OH 44145. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :     **24600 DETROIT RD**
                           **WESTLAKE, OH 44145**

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

skip to main content

Print

# CASE INFORMATION

## CV-22-968980 AUTUMN FIXEL vs. LSMJ1, LLC, ET AL.

## Docket Information

| Filing Date | Docket Party | Docket Type | Docket Description | View Image |
|---|---|---|---|---|
| 10/11/2022 | D4 | SR | CERTIFIED MAIL RECEIPT NO. 48652268 RETURNED 10/05/2022 FAILURE OF SERVICE ON DEFENDANT VASQUEZ/MANUEL/ - ATTEMPTED NOT KNOWN NOTICE MAILED TO PLAINTIFF(S) ATTORNEY | |
| 10/05/2022 | N/A | SR | USPS RECEIPT NO. 48652268 DELIVERED BY USPS 09/26/2022 VASQUEZ/MANUEL/ PROCESSED BY COC 10/05/2022. | |
| 10/05/2022 | N/A | SR | USPS RECEIPT NO. 48652266 DELIVERED BY USPS 09/26/2022 SEMA/LUCA/ PROCESSED BY COC 10/05/2022. | |
| 10/05/2022 | N/A | SR | USPS RECEIPT NO. 48652269 DELIVERED BY USPS 09/26/2022 SEMA/SHPETIM/ PROCESSED BY COC 10/05/2022. | |
| 10/05/2022 | N/A | SR | USPS RECEIPT NO. 48652265 DELIVERED BY USPS 09/26/2022 SEMA/MANJOLA/ PROCESSED BY COC 10/05/2022. | |
| 10/05/2022 | N/A | SR | USPS RECEIPT NO. 48652264 DELIVERED BY USPS 09/26/2022 LSMJ1, LLC PROCESSED BY COC 10/05/2022. | |
| 09/23/2022 | D5 | SR | SUMS COMPLAINT(48652269) SENT BY CERTIFIED MAIL. TO: SHPETIM SEMA 24600 DETROIT ROAD WESTLAKE, OH 44145 |  |
| 09/23/2022 | D4 | SR | SUMS COMPLAINT(48652268) SENT BY CERTIFIED MAIL. TO: MANUEL VASQUEZ 24600 DETROIT ROAD WESTLAKE, OH 44145-0000 |  |
| 09/23/2022 | D4 | SR | SUMS COMPLAINT(48652267) SENT BY CERTIFIED MAIL. TO: MANUEL VASQUEZ 1500 CEDARWOOD DR APT B WESTLAKE, OH 44145 |  |
| 09/23/2022 | D3 | SR | SUMS COMPLAINT(48652266) SENT BY CERTIFIED MAIL. TO: LUCA SEMA 24600 DETROIT ROAD WESTLAKE, OH 44145 |  |
| 09/23/2022 | D2 | SR | SUMS COMPLAINT(48652265) SENT BY CERTIFIED MAIL. TO: MANJOLA SEMA 24600 DETROIT ROAD WESTLAKE, OH 44145 |  |
| 09/23/2022 | D1 | SR | SUMS COMPLAINT(48652264) SENT BY CERTIFIED MAIL. TO: LSMJ1, LLC C/O MANJOLA SEMA 24600 DETROIT ROAD WESTLAKE, OH 44145 |  |
| 09/22/2022 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 09/22/2022 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 09/22/2022 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 09/22/2022 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 09/22/2022 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 09/22/2022 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 09/22/2022 | D5 | CS | WRIT FEE | |
| 09/22/2022 | D4 | CS | WRIT FEE | |
| 09/22/2022 | D4 | CS | WRIT FEE | |
| 09/22/2022 | D3 | CS | WRIT FEE | |
| 09/22/2022 | D2 | CS | WRIT FEE | |
| 09/22/2022 | D1 | CS | WRIT FEE | |
| 09/22/2022 | N/A | SF | JUDGE CASSANDRA COLLIER-WILLIAMS ASSIGNED (RANDOM) | |
| 09/22/2022 | P1 | SF | LEGAL RESEARCH | |
| 09/22/2022 | P1 | SF | LEGAL NEWS | |
| 09/22/2022 | P1 | SF | LEGAL AID | |
| 09/22/2022 | P1 | SF | COURT SPECIAL PROJECTS FUND | |
| 09/22/2022 | P1 | SF | COMPUTER FEE | |
| 09/22/2022 | P1 | SF | CLERK'S FEE | |
| 09/22/2022 | P1 | SF | DEPOSIT AMOUNT PAID ZIAD TAYEH | |

09/21/2022   N/A    SF     CASE FILED: COMPLAINT      

Only the official court records available from the Cuyahoga County Clerk of Courts, available in person, should be relied upon as accurate and current.
Website Questions or Comments.
Copyright © 2022 PROWARE. All Rights Reserved. 1.1.264